IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RUDOLPH ELLIS,

    Petitioner,

v.

JOSE VAZQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-157

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Petitioner Rudolph Ellis ("Ellis") filed Objections. In his Objections, Ellis contends that he "did not have a reasonable opportunity to obtain a reliable judicial determination of the fundamental legality of his conviction(s) and sentence(s)[,] on appeal or in his first 2255 motion." (Obj. at p. 1.) Ellis asserts that his Petition satisfies the savings clause of 28 U.S.C. § 2255 because he relies on retroactively applicable case law, as stated in the Supreme Court's ruling in United States v. Booker, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed.2d 621 (2005). However, the Eleventh Circuit has determined that arguments asserted under Booker are not retroactively applicable. See Varela v. United States, 400 F.3d 864, 867-68 (11th Cir. 2005).

AO 72A
(Rev. 8/82)

Ellis's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Ellis's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 19th day of January, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)